# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

JOSEPH THOMAS, et al,

    Plaintiffs

vs.   Civil Action No. 3:18cv441-CWR-FKB

PHIL BRYANT, Governor of
Mississippi, et al.,

    Defendants.

## PLAINTIFFS' RESPONSE IN OPPOSITION
## TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants' Motion for Summary Judgment [Doc. 19] should be denied. As set forth more fully in the Plaintiffs' contemporaneous Memorandum in Opposition to the Defendants' Motion for summary judgment, this case is not barred by limitations or laches and the proper defendants have been named in this case. In addition to that memorandum, the Plaintiffs submit the attached declaration of William S. Cooper.

September 18, 2018                           Respectfully submitted,

                                             *s/ Robert B. McDuff*
BETH L. ORLANSKY, MSB 3938                   ROBERT B. MCDUFF, MSB 2532
MISSISSIPPI CENTER FOR JUSTICE               767 North Congress Street
P.O. Box 1023                                Jackson, MS 39202
Jackson, MS 39205-1023                       (601) 969-0802
(601) 352-2269                               rbm@mcdufflaw.com
borlansky@mscenterforjustice.org
                                             ELLIS TURNAGE, MSB 8131
KRISTEN CLARKE                               TURNAGE LAW OFFICE
JON GREENBAUM                                108 N. Pearman Ave
EZRA D. ROSENBERG                            Cleveland, MS 38732
ARUSHA GORDON                                (662) 843-2811
LAWYERS'COMMITTEE FOR CIVIL                  eturnage@etlawms.com
RIGHTS UNDER LAW
1401 New York Ave., NW, Suite 400            PETER KRAUS
Washington, D.C. 20005                       CHARLES SIEGEL
(202) 662-8600                               CAITLYN SILHAN
erosenberg@lawyerscommittee.org              WATERS KRAUS
agordon@lawyerscommittee.org                 3141 Hood Street, Suite 700
*Admitted Pro Hac Vice*                      Dallas, TX 75219
                                             (214) 357-6244
                                             pkraus@waterskraus.com
                                             csiegel@waterskraus.com
                                             csilhan@waterskraus.com
                                             *Admitted Pro Hac Vice*

                                             *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2018 I electronically filed a copy of the foregoing Plaintiffs' Response in Opposition to the Defendant's Motion for Summary Judgment using the ECF system which sent notification of such filing to all counsel of record.

s/Robert B. McDuff