# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JOSEPH THOMAS, et al.**                                                                                  **PLAINTIFFS**

**V.**                                                **CAUSE NO. 3:18-CV-441-CWR-FKB**

**PHIL BRYANT, et al.**                                                             **DEFENDANTS**

## **ORDER**

The plaintiffs have moved for an expedited schedule. Docket No. 17. On review, the motion is well-taken and due to be granted. The following schedule shall govern this case:

| | |
|---:|---|
| November 26, 2018 | Plaintiffs' list of elections due |
| December 10, 2018 | Plaintiffs' expert disclosures due |
| January 7, 2019 | Defendants' expert disclosures due |
| January 8-18, 2019 | Expert depositions |
| January 18, 2019 | Discovery deadline |
| February 6-8, 2019 | Trial |

A telephonic status conference will be held on November 26, 2018, to discuss this schedule and other issues.

**SO ORDERED**, this the 16th day of November, 2018.

                                                     s/ Carlton W. Reeves
                                                     UNITED STATES DISTRICT JUDGE