IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOSEPH THOMAS; VERNON AYERS;**
**and MELVIN LAWSON**                                                                  **PLAINTIFFS**

v.                                                            NO. 3:18-cv-00441-CWR-FKB

**PHIL BRYANT, Governor of the State of**
**Mississippi; DELBERT HOSEMANN,**
**Secretary of State of the State of Mississippi;**
**and JIM HOOD, Attorney General of the**
**State of Mississippi, all in the official capacities**
**of their own offices and in their official**
**capacities as members of the State Board**
**of Election Commissioners**                                                            **DEFENDANTS**

## DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

For the reasons set forth in the memorandum brief submitted concurrently herewith, and for the additional reasons assigned orally in open court, defendants move for judgment to be entered in their favor as a matter of law under Fed. R. Civ. P. 50(a).

This the 6th day of February, 2019.

        Respectfully submitted,

        *s/ Michael B. Wallace*
        MICHAEL B. WALLACE (MSB #6904)
        WISE CARTER CHILD & CARAWAY, P.A.
        Post Office Box 651
        Jackson, MS  39205-0651
        (601) 968-5534
        mbw@wisecarter.com

        ATTORNEY FOR DEFENDANTS PHIL
        BRYANT, GOVERNOR OF THE STATE OF
        MISSISSIPPI, AND DELBERT HOSEMANN,
        SECRETARY OF STATE OF THE STATE OF
        MISSISSIPPI

        TOMMIE S. CARDIN (MSB #5863)
        CHARLES E. GRIFFIN (MSB#5015)

        BENJAMIN M. WATSON (MSB #100078)
        B. PARKER BERRY (MSB #104251)
        BUTLER SNOW LLP
        Suite 1400 1020
        Highland Colony Park
        Ridgeland, MS 39157
        Post Office Box 6010
        Ridgeland, MS 39158-6010
        Tel: (601) 985-4570
        Fax: (601) 985-4500
        E-mail: tommie.cardin@butlersnow.com
        E-mail: charles.griffin@butlersnow.com
        E-mail: ben.watson@butlersnow.com
        E-mail: parker.berry@butlersnow.com

        ATTORNEYS FOR ALL DEFENDANTS

## **CERTIFICATE OF SERVICE**

    I, Michael B. Wallace, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

    This the 6th day of February, 2019.

        *s/ Michael B. Wallace*
        Michael B. Wallace