

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH THOMAS, et al.,                        PLAINTIFF(S)

VS                    CIVIL ACTION NO. 3:18-CV-441-CWR-FKB

PHIL BRYANT, et al.                        DEFENDANT(S)

## PLAINTIFFS' EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| P-1 | Expert Report of Dr. Maxwell Palmer and Curriculum Vitae dated December 10, 2018. | | | 2-6-19 |
| P-2 | Summary Tables 1, 2, and 3 of Ecological Inference estimates for Senate District 22 general elections; statewide exogenous elections; and voter participation in general elections. These Tables were obtained from Tables A1 through A4 of the Palmer Report. | | | 2-6-19 |
| P-3 | An explanation of precinct boundaries and voting age population by precinct used in Plaintiffs' racially polarized voting analysis. | | | 2-6-19 |
| P-4 | Expert Report of Mr. William S. Cooper dated January 18, 2019. | | | 2-6-19 |
| P-5 | Supplemental Expert Report of Mr. William S. Cooper dated January, 18 2019. | | | 2-6-19 |
| P-6 | Map of Illustrative Plan 1 of Senate District 22. | | | 2-6-19 |
| P-7 | Map of Illustrative Plan 2 of Senate District 22. | | | 2-6-19 |

| P-8 | Map of Illustrative Plan 3 of Senate District 22. | | | 2-6-19 |
|---|---|---|---|---|
| P-9 | Report of Mr. Fred L. Banks Jr., dated December 10, 2018. | | | 2-6-19 |
| P-10 | Report of Mr. John Horhn dated December 10, 2018. | | | 2-6-19 |
| P-11 | Joint Resolution 201 from the 2012 regular session of the Mississippi Legislature, providing a description of all State Senate Districts. | | | 2-6-19 |
| P-12 | Joint Resolution 201 from the 2002 regular session of the Mississippi Legislature, providing a description of all State Senate Districts. | | | 2-6-19 |
| P-13 | 2012 Mississippi state senate district map of all districts. | | | 2-6-19 |
| P-14 | 2002 Mississippi state senate district map of all districts. | | | 2-6-19 |
| P-15 | Legislative description of 2012 Mississippi redistricting plan showing demographic data by senate district and precinct using 2010 census data. | | | 2-6-19 |
| P-16 | Table showing certain precinct data for Senate District 22 prepared by Peter Morrison. This document was introduced as Exhibit 49 in the deposition of Mr. Peter A. Morrison on January 22, 2018. | | | 2-6-19 |
| P-17 | Legislative description of 2002 Mississippi redistricting plan showing demographic data by senate district and precinct using 2010 Census data. | | | 2-6-19 |
| P-18 | Defendants' Responses to Plaintiffs' Requests for Admission, Interrogatories, and Requests for Production dated January 18, 2018. | | | |

| P-19 | Legislative description of 2002 Mississippi redistricting plan showing demographic data by senate district and precinct using 2000 Census data. | | | 2-6-19 |
|---|---|---|---|---|
| P-20 | Count of Homogeneous and Total Precincts Used for Analysis | | | 2-7-19 |
| P-21 | Report of Places Split Between Two or More Senate Districts in 2012 Plan | | | 2-7-19 |

3