# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 07 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

JOSEPH THOMAS; VERNON AYERS;
and MELVIN LAWSON          **PLAINTIFFS**

v.          CIVIL ACTION NO. 3:18-cv-441-CWR-FKB

PHIL BRYANT, Governor of the State of
Mississippi; DELBERT HOSEMANN,
Secretary of State of the State of Mississippi;
and JIM HOOD, Attorney General of the
State of Mississippi, all in their official capacities
of their own offices and in their official capacities
as members of the State Board of Election Commissioners          **DEFENDANTS**

## DEFENDANTS' EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| D-1 | Standing Joint Committee Minutes of April 5, 2012 | | | 2-7-19 |
| D-2 | 2002 Statewide Senate Plan Map | | | 2-7-19 |
| D-3 | 2002 Long Report | | | 2-7-19 |
| D-4 | 2010 Benchmark Report | | | 2-7-19 |
| D-5 | J.R. 201 (2012 Senate Plan) | | | 2-7-19 |
| D-6 | 2012 Senate Plan Map - Blowup Map of District 22 and Surrounding Districts | | | 2-7-19 |
| D-7 | Report by Richard L. Engstrom of "Retrogression Analysis for Mississippi Senate Districting Plan" on June 28, 2012 | | | |
| D-8 | Report by Clark Bensen of "Data Aggregations" on June 21, 2012 (included as part of Section 5 submission of 2012 Senate Plan) | | | withdrawn 2-7-19 |
| D-9 | Report by Gerald Webster on "An Evaluation of the 2012 Mississippi Adopted State Senate (TRP1) Redistricting Plan on Selected Criteria" (included as part of Section 5 submission of 2012 Senate Plan) | | | withdrawn 2-7-19 |

| D-10 | Department of Justice Preclearance Approval Letter | | | 2-7-19 |
|---|---|---|---|---|
| D-11 | 2012 Long Report (TRP1 Plan) | | | 2-7-19 |
| D-12 | 2012 Statewide Senate Map | | | 2-7-19 |
| D-13 | Senate Floor Debate of JR 201 during 2012 Regular Session | | | |
| D-14 | Supplemental Expert Report of Peter A. Morrison and Curriculum Vitae, dated January 18, 2019 | | | 2-7-19 |
| D-15 | Appendix Table I (Black Favored Candidates for Local Offices) and Appendix Table II (List of Candidates with Known Racial Identity) to the Supplemental Expert Report of Peter A. Morrison | | | |
| D-16 | Letter from Joseph Thomas dated 8/20/12 to Chris Herron | | | |