# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JOSEPH THOMAS; VERNON AYERS;**
**and MELVIN LAWSON**                                                                **PLAINTIFFS**

**v.**                                                                                  **NO. 3:18-cv-00441-CWR-FKB**

**PHIL BRYANT, Governor of the State of**
**Mississippi; DELBERT HOSEMANN,**
**Secretary of State of the State of Mississippi;**
**and JIM HOOD, Attorney General of the**
**State of Mississippi, all in the official capacities**
**of their own offices and in their official**
**capacities as members of the State Board**
**of Election Commissioners**                                                          **DEFENDANTS**

## NOTICE OF APPEAL

Notice is hereby given that Phil Bryant and Delbert Hosemann, defendants in the above-named case, acting pursuant to Rule 3 of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's order precluding use of the present statutory boundaries of Mississippi Senate District 22 as violative of Section 2 of the Voting Rights Act, which was entered in this action on February 16, 2019 [Dkt. #61].

This the 19th day of February, 2019.

                                                        Respectfully submitted,

                                                        Michael B. Wallace
                                                        MICHAEL B. WALLACE (MSB #6904)
                                                        CHARLES E. COWAN (MSB #104478)
                                                        WISE CARTER CHILD & CARAWAY, P.A.
                                                        Post Office Box 651
                                                        Jackson, MS  39205-0651
                                                        (601) 968-5534
                                                        mbw@wisecarter.com
                                                        cec@wisecarter.com

ATTORNEY FOR DEFENDANTS PHIL BRYANT, GOVERNOR OF THE STATE OF MISSISSIPPI, AND DELBERT HOSEMANN, SECRETARY OF STATE OF THE STATE OF MISSISSIPPI

TOMMIE S. CARDIN (MSB #5863)
B. PARKER BERRY (MSB #104251)
BUTLER SNOW LLP
Suite 1400 1020
Highland Colony Park
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 985-4570
Fax: (601) 985-4500
E-mail: tommie.cardin@butlersnow.com
E-mail: parker.berry@butlersnow.com

ATTORNEYS FOR ALL DEFENDANTS