IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOSEPH THOMAS, et al.**                                                                                       **PLAINTIFFS**

V.                                                                              CAUSE NO. 3:18-CV-441-CWR-FKB

**PHIL BRYANT, et al.**                                                                                           **DEFENDANTS**

## ORDER

By noon tomorrow, the defendants shall update the Court on the Legislature's progress, if any, in redrawing Senate District 22.

By 2:00 PM tomorrow, the defendants shall respond to the plaintiffs' motion to extend the qualifying deadline.

The Court expects to rule on all of the pending motions before February 28, 2019.

**SO ORDERED**, this the 25th day of February, 2019.

                                                                     s/ Carlton W. Reeves
                                                                     UNITED STATES DISTRICT JUDGE