IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOSEPH THOMAS, et al,**

    **Plaintiffs**

vs.                                         **Civil Action No. 3:18cv441-CWR-FKB**

**PHIL BRYANT, Governor of
Mississippi, et al.,**

    **Defendants.**

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO EXTEND QUALIFYING DEADLINE IN TWO SENATE DISTRICTS**

In the course of research to respond to the motion for stay filed in the Fifth Circuit yesterday by the Governor and Secretary of State, the Plaintiffs found authority from the Supreme Court that further supports their motion to postpone the qualifying deadline. Accordingly, they are submitting this short supplement to their supporting memorandum.

In the Mississippi legislative redistricting case of *Connor v. Johnson*, 402 U.S. 690, 692-93 (1971), the Supreme Court instructed the district court to postpone the qualifying deadline in order to implement a remedial plan: "The District Court is instructed, absent insurmountable difficulties, to devise and put into effect a single-member district plan for Hinds County by [June 14, 1971]. In light of this disposition, the District Court is directed to extend the June 4 filing date for legislative candidates from Hinds County to an appropriate date so that those candidates and the State of Mississippi may act in light of the new districts into which Hinds County will be divided." Although the district court later concluded there were "insurmountable difficulties" and declined to put the single-member district plan into effect, *Connor v. Johnson*, 330 F.Supp.

521 (S.D. Miss. 1971 (three-judge court), the Supreme Court's directive makes it clear that district courts have the authority to postpone qualifying deadlines in appropriate cases.

February 26, 2019,                                             Respectfully submitted,

*s/ Robert B. McDuff*

BETH L. ORLANSKY, MSB 3938                ROBERT B. MCDUFF, MSB 2532
MISSISSIPPI CENTER FOR JUSTICE            767 North Congress Street
P.O. Box 1023                              Jackson, MS 39202
Jackson, MS 39205-1023                     (601) 969-0802
(601) 352-2269                             rbm@mcdufflaw.com
borlansky@mscenterforjustice.org

                                           ELLIS TURNAGE, MSB 8131
KRISTEN CLARKE                             TURNAGE LAW OFFICE
JON GREENBAUM                              108 N. Pearman Ave
EZRA D. ROSENBERG                          Cleveland, MS 38732
ARUSHA GORDON                              (662) 843-2811
POOJA CHAUDHURI                            eturnage@etlawms.com
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW                           PETER KRAUS
1401 New York Ave., NW, Suite 400          CHARLES SIEGEL
Washington, D.C. 20005                     CAITLYN SILHAN
(202) 662-8600                             WATERS KRAUS
erosenberg@lawyerscommittee.org            3141 Hood Street, Suite 700
agordon@lawyerscommittee.org               Dallas, TX 75219
*Admitted Pro Hac Vice*                    (214) 357-6244
                                           pkraus@waterskraus.com
                                           csiegel@waterskraus.com
                                           csilhan@waterskraus.com
                                           *Admitted Pro Hac Vice*

                                           *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2019, I electronically filed a copy of the foregoing using the ECF system which sent notification of such filing to all counsel of record.

s/Robert B. McDuff