IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOSEPH THOMAS, et al.**                                                                                         **PLAINTIFFS**

**V.**                                                                              **CAUSE NO. 3:18-CV-441-CWR-FKB**

**PHIL BRYANT, et al.**                                                                                         **DEFENDANTS**

## ORDER

The Mississippi Legislature has not redrawn the boundaries of Senate District 22, and the candidate qualification deadline is approaching. The Court therefore orders as follows:

1.	The candidate qualification deadline is extended to March 15, 2019, for all persons seeking to qualify for Mississippi Senate Districts 22 and 23. No other deadlines, jurisdictions, or offices are affected.

2.	The boundaries of Districts 22 and 23 are amended to conform to plaintiffs' illustrative Plan 1. The defendants shall publish and transmit the Plan to the affected Circuit Clerks and other relevant officials.

A separate Final Judgment shall issue this day.

**SO ORDERED**, this the 26th day of February, 2019.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE