IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOSEPH THOMAS, et al.**                                                                                           **PLAINTIFFS**

**V.**                                                                         **CAUSE NO. 3:18-CV-441-CWR-FKB**

**PHIL BRYANT, et al.**                                                                                              **DEFENDANTS**

## FINAL JUDGMENT

Having resolved all of the claims and defenses in this case, this matter is due to be closed. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiffs Joseph Thomas, Vernon Ayers, and Melvin Lawson and against defendants Governor Phil Bryant, Attorney General Jim Hood, and Secretary of State Delbert Hosemann, all in their official capacities.

**SO ORDERED AND ADJUDGED**, this the 26th day of February, 2019.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE