# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JOSEPH THOMAS; VERNON AYERS;**
**and MELVIN LAWSON**                                                             **PLAINTIFFS**

**v.**                                                                                           **NO. 3:18-cv-00441-CWR-FKB**

**PHIL BRYANT, Governor of the State of**
**Mississippi; DELBERT HOSEMANN,**
**Secretary of State of the State of Mississippi;**
**and JIM HOOD, Attorney General of the**
**State of Mississippi, all in the official capacities**
**of their own offices and in their official**
**capacities as members of the State Board**
**of Election Commissioners**                                            **DEFENDANTS**

## NOTICE OF APPEAL

Notice is hereby given that Phil Bryant and Delbert Hosemann, defendants in the above-named case, acting pursuant to Rule 3 of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's final judgment [Dkt. #76], which was entered in this action on February 26, 2019, and all preceding orders merged therein.

This the 27th day of February, 2019.

                                                                  Respectfully submitted,

                                                                  *s/Michael B. Wallace*
                                                                  MICHAEL B. WALLACE (MSB #6904)
                                                                  CHARLES E. COWAN (MSB #104478)
                                                                  WISE CARTER CHILD & CARAWAY, P.A.
                                                                  Post Office Box 651
                                                                  Jackson, MS  39205-0651
                                                                  (601) 968-5534
                                                                  mbw@wisecarter.com
                                                                  cec@wisecarter.com

        ATTORNEY FOR DEFENDANTS PHIL BRYANT, GOVERNOR OF THE STATE OF MISSISSIPPI, AND DELBERT HOSEMANN, SECRETARY OF STATE OF THE STATE OF MISSISSIPPI

        TOMMIE S. CARDIN (MSB #5863)
        B. PARKER BERRY (MSB #104251)
        BUTLER SNOW LLP
        Suite 1400 1020
        Highland Colony Park
        Ridgeland, MS 39157
        Post Office Box 6010
        Ridgeland, MS 39158-6010
        Tel: (601) 985-4570
        Fax: (601) 985-4500
        E-mail: tommie.cardin@butlersnow.com
        E-mail: parker.berry@butlersnow.com

        ATTORNEYS FOR ALL DEFENDANTS

## CERTIFICATE OF SERVICE

    I, Michael B. Wallace, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

    This the 27th day of February, 2019.

        *s/ Michael B. Wallace*
        Michael B. Wallace