**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOSEPH THOMAS, et al.**                                                                 **PLAINTIFFS**

**V.**                                                         **CAUSE NO. 3:18-CV-441-CWR-FKB**

**TATE REEVES, et al.**                                                                 **DEFENDANTS**

### FINAL JUDGMENT

Pursuant to *Thomas v. Reeves*, --- F.3d ---, 2020 WL 3288072, at *1 (5th Cir. June 18, 2020) (en banc), the plaintiffs' complaint is dismissed for lack of jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 19th day of June, 2020.

                                                s/ Carlton W. Reeves
                                                UNITED STATES DISTRICT JUDGE