IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH THOMAS; VERNON AYERS; and MELVIN LAWSON,<br><br>Plaintiffs,<br><br>v.<br><br>TATE REEVES, Governor of the State of Mississippi; MICHAEL WATSON, Secretary of State of the State of Mississippi; and LYNN FITCH, Attorney General of the State of Mississippi, in their official capacities of their own offices and in their official capacities as members of the State Board of Election Commissioners,<br><br>Defendants. | Case No. 3:18-cv-441-CWR-FKB |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to 42 U.S.C. § 1988 and 52 U.S.C. § 10310(e), attorneys on behalf of the Mississippi Center for Justice ("MCJ"), Lawyers' Committee for Civil Rights Under Law ("Lawyers' Committee"), and law firm Waters Kraus LLP and solo practitioner Ellis Turnage bring this Motion for an award of **$510,568.25** in attorneys' fees, and **$79,503.44** in costs for a grand total of **$590,071.69** as detailed in the individual declarations and accompanying attachments of Robert B. McDuff (MCJ), Ex. A, Jon Greenbaum (Lawyers' Committee), Ex. B, Caitlyn Silhan (Waters Kraus), Ex. C, and Ellis Turnage, Ex. D.

Tables 1 and 3 below provide a breakdown of total fees and costs incurred by the organization, firm, or individual. Table 2 provides a breakdown of attorney and non-attorney professional hourly rates, which together constitute total fees charged in this case. Table 4 provides

1

a breakdown of expert costs (including hourly rates and expenses for services and totals for travel, meals, and lodging), which are included in the calculations for total costs Plaintiffs' incurred in the course of litigating this case.

**Table 1: Total Fees**

| Organization/Firm/Individual | Total Fees Sought |
|---|---|
| Mississippi Center for Justice | $166,972.50 |
| Lawyers' Committee | $327,339.50 |
| Waters & Kraus LLP | $0 |
| Ellis Turnage | $16,256.25 |
| **Totals** | **$510,568.25** |

**Table 2: Hourly Rates[1] of Attorneys and Non-Attorney Professionals**

| Name | Position (law school year) | Rate Per Hour | Hours Charged | Lodestar calculation (hours x rate) |
|---|---|---|---|---|
| Robert McDuff[2] | Attorney (1980) | $450 / $225 (travel) | 368.8 / 4.5 (travel) | $166,972.50 |
| Ellis Turnage | Attorney (1982) | $425 | 38.25 | $16,256.25 |
| Jon Greenbaum[3] | Attorney (1993) | $450 | 219.3 | $98,685 |
| Ezra Rosenberg | Attorney (1974) | $450 | 97.5 | $43,875 |
| Arusha Gordon | Attorney (2013) | $275 | 213.2 | $58,630 |
| Pooja Chaudhuri | Attorney (2016) | $250 | 398.5 | $99,625 |
| Jason Enos | Social Scientist (non-lawyer) | $110 | 241.13 | $26,524.50 |
| **Totals** | | | | **$510,568.25** |

---

[1] These hourly rates are supported by the case law, by Declarations from the lawyers in this case, and a Declaration from Margaret Cupples, Ex. E, Managing Partner of the Jackson office of the law firm Bradley regarding market rates in the Southern District of Mississippi.

[2] Mr. McDuff calculated his fifty percent deduction in work-related travel time by multiplying half his rate ($225) with the total hours spent on travel.

[3] Lawyers' Committee calculated its fifty percent deduction in work-related travel time by halving the hours spent on travel by each attorney, Ex. B (Greenbaum Decl.), Attachment 1, and then multiplying the

**Table 3: Total Expenses (Not Including Expert Expenses)**

| Organization/Firm/Individual | Expenses Sought |
|---|---|
| Mississippi Center for Justice | $443.52 |
| Lawyers' Committee | $15,834.78 |
| Waters & Kraus LLP | $1,111.78 |
| Ellis Turnage | $0 |
| **Totals** | **$17,390.08** |

**Table 4: Expert Hourly Rates and Totals[4]**

| Expert Name | Expert Role | Total Expenses |
|---|---|---|
| Bill Cooper (demographic expert) | Demographic Expert | $17,317.54 |
| Max Palmer (statistical expert) | Statistical Expert | $44,795.82 |
| **Totals** | | **$62,113.36** |

This Motion also contains the following exhibits and attachments:

- Exhibit A, Declaration of Robert B. McDuff
    - Attachment 1 – Time Entries Robert B. McDuff
    - Attachment 2 – Expenses MCJ
- Exhibit B, Declaration of Jon M. Greenbaum
    - Attachment 1 – Time Entries Lawyers' Committee
    - Attachment 2 – Expenses Lawyers' Committee
    - Attachment 3 – Invoice Bill Cooper
- Exhibit C, Declaration of Caitlyn Silhan
    - Attachment 1 – Expenses Waters Kraus
    - Attachment 2 – Invoices Max Palmer
- Exhibit D, Declaration of Ellis Turnage
    - Attachment 1 – Time Entries Ellis Turnage
- Exhibit E, Declaration of Margaret Cupples

---

attorney's respective hourly rate with their total discounted hours (which included not only travel-related but other discounts as well). Attachment 1 of Mr. Greenbaum's Declaration breaks down, entry by entry, the total hours expended and the hours discounted for each attorney and applies a flat twenty-five percent reduction on all of Mr. Enos's time including travel time.

[4] Invoices detailing service costs and other expenses of experts Bill Cooper and Max Palmer are attached to the declarations of Jon Greenbaum (Ex. B, Attachment 3) and Caitlyn Silhan (Ex. C, Attachment 2), respectively.

Respectfully submitted, August 3, 2020

*s/ Pooja Chaudhuri*
POOJA CHAUDHURI\*
JON GREENBAUM\*
EZRA D. ROSENBERG\*
LAWYERS'COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, D.C. 20005
(202) 662-8600
pchaudhuri@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org

ELLIS TURNAGE, MSB 8131
TURNAGE LAW OFFICE
108 N. Pearman Ave.
Cleveland, MS 38732
(662) 843-2811
eturnage@etlawms.com

PETER KRAUS\*
CHARLES SIEGEL\*
CAITLYN SILHAN\*
WATERS KRAUS
3141 Hood Street, Suite 700
Dallas, TX 75219
(214) 357-6244
pkraus@waterskraus.com
csiegel@waterskraus.com
csilhan@waterskraus.com

ROBERT B. MCDUFF, MSB 2532
767 North Congress Street
Jackson, MS 39202
(601) 969-0802
rbm@mcdufflaw.com

BETH L. ORLANSKY, MSB 3938
MISSISSIPPI CENTER FOR JUSTICE
P.O. Box 1023
Jackson, MS 39205-1023
(601) 352-2269
borlansky@mscenterforjustice.org

*Attorneys for Plaintiffs*

\**Pro Hac Vice*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2020, I electronically filed the foregoing by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ *Pooja Chaudhuri*
Attorney for Plaintiffs
