IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOSEPH THOMAS; VERNON AYERS;**
**and MELVIN LAWSON**  **PLAINTIFFS**

**v.**  **CIVIL ACTION NO. 3:18-cv-441-CWR-FKB**

**TATE REEVES, Governor of the State of**
**Mississippi; MICHAEL WATSON,**
**Secretary of State of the State of Mississippi;**
**and LYNN FITCH, Attorney General of the**
**State of Mississippi, all in their official capacities**
**of their own offices and in their official capacities**
**as members of the State Board of Election Commissioners**  **DEFENDANTS**

## NOTICE OF APPEAL

Notice is hereby given that Tate Reeves, Michael Watson and Lynn Fitch, in their official capacities of their own offices and as members of the State Board of Election Commissioners, acting pursuant to Rule 3 of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's order awarding attorneys' fees, expenses and costs to the plaintiffs, which was entered in this action on February 11, 2021 [Dkt. #118].

This the 2nd day of March, 2021.

    Respectfully submitted,

    *s/ Tommie S. Cardin*
    TOMMIE S. CARDIN (MSB #5863)
    B. PARKER BERRY (MSB #104251)
    LAURA D. HEUSEL (MSB #105470)
    BUTLER SNOW LLP
    Suite 1400
    1020 Highland Colony Park
    Ridgeland, MS 39157
    Post Office Box 6010
    Ridgeland, MS 39158-6010
    Tel: (601) 985-4570

        Fax: (601) 985-4500
        E-mail: tommie.cardin@butlersnow.com
        E-mail: parker.berry@butlersnow.com
        E-mail: laura.heusel@butlersnow.com

        ATTORNEYS FOR DEFENDANTS

CO-COUNSEL:

DOUGLAS T. MIRACLE (Bar. No. 9648)
Assistant Attorney General
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-5654
doug.miracle@ago.ms.gov

## CERTIFICATE OF SERVICE

I, Tommie S. Cardin, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This the 2nd day of March, 2021.

*s/ Tommie S. Cardin*
Tommie S. Cardin

54430317.v1

57773485.v1