**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JOSEPH THOMAS; VERNON AYERS;
and MELVIN LAWSON**                                         **PLAINTIFFS**

**v.**                                       **NO. 3:18-cv-00441-CWR-FKB**

**TATE REEVES, Governor of the State of
Mississippi; MICHAEL WATSON,
Secretary of State of the State of Mississippi;
and LYNN FITCH, Attorney General of the
State of Mississippi, all in the official capacities
of their own offices and in their official
capacities as members of the State Board
of Election Commissioners**                        **DEFENDANTS**

---

**SATISFACTION OF ORDER**

---

TO:      Arthur Johnson, Clerk
            United States District Court
            Southern District of Mississippi
            501 E. Court St., Suite 2.500
            Jackson, MS 39201

You are hereby requested and authorized to retire the record in the above-styled and numbered cause, as the parties have reached a settlement regarding the Order (doc. #118) ("Order") rendered in part in favor of Plaintiffs' attorneys awarding fees and costs and against Defendants Governor Tate Reeves, Secretary of State Michael Watson and Attorney General Lynn Fitch, in their official capacities of their own offices and as members of the State Board of Election Commissioners ("Defendants"), and the agreed upon amount has been satisfied by Defendants.[1] Therefore, full and complete satisfaction of the Order is acknowledged, and Defendants respectfully request that the Clerk of this Court show on the docket that the Order has been fully

---

[1] In an effort to insure prompt payment and avoid an appeal, the Plaintiffs agreed to an amount less than the Court award as a final settlement of the issue of fees and costs.

satisfied and released.

Respectfully submitted, this the 14th day of July 2021.

s/ Tommie S. Cardin
TOMMIE S. CARDIN (MSB #5863)
B. PARKER BERRY (MSB #104251)
BUTLER SNOW LLP
Suite 1400 1020
Highland Colony Park
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 985-4570
Fax: (601) 985-4500
E-mail: tommie.cardin@butlersnow.com
E-mail: parker.berry@butlersnow.com

ATTORNEYS FOR DEFENDANTS


AGREED TO ON BEHALF OF ALL PLAINTIFFS' ATTORNEYS BY:


  s/ Robert B. McDuff
ROBERT B. MCDUFF (MSB #2532)
767 North Congress Street
Jackson, MS 39202
601-969-0802
rbmmcdufflaaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date indicated below the foregoing document was filed with the Court's ECF system, which provided a true and correct copy of the document to all ECF participants.

SO CERTIFIED, this the 14th day of July 2021.

*s/ Tommie S. Cardin*
Tommie S. Cardin

59171818.v1